1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4
   Attorney for Plaintiff
5  Errol Holmes

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL HOLMES, | Case No. CV 07-5914 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| SHELL LONG TERM DISABILITY PLAN, | |
| Defendant. | |

　　　　I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County of Sonoma. I am over the age of 18 years, and am not a party to the within action. My business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.

　　　　On November 28, 2007, I mailed at Santa Rosa, California:

　　**1.**　　Notice of Lawsuit and Request for Waiver of Service of Summons

　　**2.**　　Waiver of Service of Summons

　　**3.**　　Complaint

　　**4.**　　Order Setting Initial Case Management Conference and ADR Deadlines

　　**5.**　　Civil Standing Orders

　　**6.**　　Standing Order for all Judges of the Northern District of California

　　**7.**　　Notice of Availability of Magistrate Judge to Exercise Jurisdiction

_____
CERTIFICATE OF SERVICE

1  **8.** "Welcome to the U.S. District Court, San Francisco"

2  **9.** U.S. District Court Northern California ECF Registration Information Handout

in a sealed envelope with postage fully prepaid and addressed to:

Regional Manager
Shell People Services - Americas
Shell Oil Company
PO Box 2463
Houston, Texas 77252
*Plan Administrator*
*Shell Long Term Disability Plan*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed November 28, 2007, at Santa Rosa, California.

```
                                    /S/
                            Richard Johnston
```

_____
CERTIFICATE OF SERVICE                          2