1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4
   Attorney for Plaintiff
5  Errol Holmes

6

7                          **UNITED STATES DISTRICT COURT**

8                          **NORTHERN DISTRICT OF CALIFORNIA**

9
   ERROL HOLMES,                               ) Case No. CV 07-5914 JSW
10                                             )
              Plaintiff,                       ) **CERTIFICATE OF SERVICE**
11                                             )
        vs.                                    )
12                                             )
   SHELL LONG TERM DISABILITY PLAN,            )
13                                             )
              Defendant.                       )
14 _____     )

15

16

17
        I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County
18
   of Sonoma.  I am over the age of 18 years, and am not a party to the within action.  My
19
   business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.
20
        On November 28, 2007, I mailed at Santa Rosa, California:
21
        **1.**   Order Setting Case Management Conference and Requiring Joint Case
22              Management Conference Statement

23
   in a sealed envelope with postage fully prepaid and addressed to:
24
   Regional Manager
25 Shell People Services - Americas
   Shell Oil Company
26 PO Box 2463
   Houston, Texas 77252
27 *Plan Administrator*
   *Shell Long Term Disability Plan*
28
   _____
   CERTIFICATE OF SERVICE

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct.

3  Executed November 28, 2007, at Santa Rosa, California.

                                                    /S/
                                            Richard Johnston

_____
CERTIFICATE OF SERVICE                     2