1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
       rebecca.hull@sdma.com
5
   Attorneys for Defendant
6  Shell Long Term Disability Plan

7

8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | ERROL HOLMES,                        | CASE NO. CV 07-5914 JSW
   |                                      |
13 |           Plaintiff,                 | **STIPULATION FOR EXTENSION OF
   |                                      | TIME FOR DEFENDANT'S RESPONSE
14 |      v.                              | TO PLAINTIFF'S COMPLAINT**
   |                                      |
15 | SHELL LONG TERM DISABILITY           | JUDGE:
   | PLAN,                                | DEPT:
   |                                      | DATE:
16 |           Defendant.                 | TIME:

17

18        Pursuant to Northern District Local Rule 6-1(a), Plaintiff Errol Holmes and Defendant

19 Shell Long Term Disability Plan ("defendant"), by and through their attorneys, hereby stipulate

20 and agree to an extension of time for defendant to respond to plaintiff's complaint, and that

21 defendant's responsive pleading will be due on or before February 27, 2008.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | There have been no prior extensions of time.

2 | IT IS SO AGREED AND STIPULATED.

3 | DATED: January 25, 2008        LAW OFFICES OF RICHARD JOHNSTON

By: /s/ Richard Johnston (as authorized 1/25/08)
    Richard Johnston
    Attorneys for Plaintiff Errol Holmes

DATED: January 25, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull (as authorized 1/25/08)
    Rebecca A. Hull
    Attorneys for Defendants
    Shell Long Term Disability Plan