1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  SHELL LONG TERM DISABILITY PLAN

8

9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

12

13  ERROL HOLMES,                      CASE NO. CV 07-5914 JSW

14         Plaintiff,                  STIPULATION FOR CONTINUANCE OF
                                       INITIAL CASE MANAGEMENT
15     v.                              CONFERENCE AND [PROPOSED]
                                       ORDER
16  SHELL LONG TERM DISABILITY
    PLAN,
17
           Defendant.
18

19         Pursuant to the Court's Civil Standing Order, Plaintiff Errol Holmes and Defendant Shell

20  Long Term Disability Plan, by and through their attorneys, hereby stipulate and agree to continue

21  the Initial Case Management Conference, currently set for February 29, 2008. Defendant's

22  responsive pleading is due on February 27, 2008. Delaying the Initial case Management

23  Conference, and the filing of the joint case management statement, until after Defendant's

24  responsive pleading is due would serve the interests of judicial economy and would not prejudice

25  either party. The parties request that the Court set the Initial Case Management Conference for

26  ///

27  ///

28  ///

the next available day after February 29, 2008.

IT IS SO AGREED AND STIPULATED.

DATED: February 22, 2008    LAW OFFICES OF RICHARD JOHNSTON

By: /s/ as authorized on 2/22/08
Richard Johnston
Attorneys for Plaintiff Errol Holmes

DATED: February 22, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Shawn M. Wrobel
Rebecca A. Hull
Shawn M. Wrobel
Attorneys for Defendants
Shell Long Term Disability Plan

## ORDER

Based upon the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that the case schedule in this matter shall be modified as follows:

1. The Initial Case Management Conference originally set for February 29, 2008, shall be continued and set for _____, 2008, at 1:30PM in Courtroom 2, 17th floor.

2. The parties shall file their Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file their joint Case Management Statement five court days prior to the rescheduled Initial Case Management Conference.

IT IS SO ORDERED.

Dated: _____    _____
Honorable Jeffrey S. White
United States District Judge