1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com
   shawn.wrobel@sdma.com
6
   Attorneys for Defendant
7  SHELL LONG TERM DISABILITY PLAN

8

9                     UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11

12
   ERROL HOLMES,                        CASE NO. CV 07-5914 JSW
13
          Plaintiff,                    STIPULATION FOR CONTINUANCE OF
14                                      INITIAL CASE MANAGEMENT
       v.                               CONFERENCE AND [PROPOSED]
15                                      ORDER
   SHELL LONG TERM DISABILITY
16 PLAN,

17        Defendant.

18
         Pursuant to the Court's Civil Standing Order, Plaintiff Errol Holmes and Defendant Shell
19
   Long Term Disability Plan, by and through their attorneys, hereby stipulate and agree to continue
20
   the Initial Case Management Conference, currently set for February 29, 2008. Defendant's
21
   responsive pleading is due on February 27, 2008. Delaying the Initial case Management
22
   Conference, and the filing of the joint case management statement, until after Defendant's
23
   responsive pleading is due would serve the interests of judicial economy and would not prejudice
24
   either party. The parties request that the Court set the Initial Case Management Conference for
25
   ///
26
   ///
27
   ///
28

the next available day after February 29, 2008.

    IT IS SO AGREED AND STIPULATED.

DATED: February 22, 2008     LAW OFFICES OF RICHARD JOHNSTON

By:   /s/ as authorized on 2/22/08
       Richard Johnston
       Attorneys for Plaintiff Errol Holmes

DATED: February 22, 2008     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/ Shawn M. Wrobel
       Rebecca A. Hull
       Shawn M. Wrobel
       Attorneys for Defendants
       Shell Long Term Disability Plan

### ORDER

Based upon the parties' stipulation, and good cause appearing therefor, it is hereby ORDERED that the case schedule in this matter shall be modified as follows:

1.     The Initial Case Management Conference originally set for February 29, 2008, shall be continued and set for ___March 14___, 2008, at 1:30PM in Courtroom 2, 17th floor.

2.     The parties shall file their Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file their joint Case Management Statement five court days prior to the rescheduled Initial Case Management Conference.

    IT IS SO ORDERED.

Dated: February 26, 2008

_____
Honorable Jeffrey S. White
United States District Judge