```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL  Bar No. 99802
 2  SHAWN M. WROBEL Bar No. 230030
    One Market Plaza
 3  Steuart Tower, 8th Floor
    San Francisco, California 94105
 4  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 5  rebecca.hull@sdma.com
    shawn.wrobel@sdma.com
 6
    Attorneys for Defendant
 7  SHELL LONG TERM DISABILITY PLAN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL HOLMES,<br><br>         Plaintiff,<br><br>    v.<br><br>SHELL LONG TERM DISABILITY PLAN,<br><br>         Defendant. | CASE NO. CV 07-5914 JSW<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Metropolitan Life Insurance Company.

DATED: March 5, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:/s/ Shawn M. Wrobel
   Rebecca A. Hull
   Shawn M. Wrobel
   Attorneys for Defendant
   METROPOLITAN LIFE
   INSURANCE COMPANY