# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  March 14, 2008  **Court Reporter**:  Kathy Wyatt

**CASE NO. C-07-5914  JSW**

**TITLE:**  Errol Holmes v. Shell Long Term Disability

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

Richard Johnston  Rebecca Hull

**PROCEEDINGS:**   Initial Case Management Conference

**RESULTS:**   ADR:   Court mediation to be completed by 6-30-08

Discovery cutoff:  6-30-08

Cross-Motions for Summary Judgment:
Counsel shall meet and confer and agree on a briefing schedule whereby:
    Opening brief due:  7-11-08
    Opposition and Cross Motion due:  7-25-08
    Reply and Cross Opposition due: 8-8-08
    Cross Reply:  8-22-08

Hearing on Cross Motions for Summary Judgment:  9-26-08 at 9:00 a.m.
Further CMC:  9-26-08 at 9:00 a.m.
Joint supplemental CMC statement due:  9-19-08

**cc:**  ADR