

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street | San Francisco, CA 94105-2228 | tel 415.983.1000 | fax 415.983.1200

MAILING ADDRESS: P. O. Box 7880 | San Francisco, CA 94120-7880

Sharon L. O'Grady
Phone: 415.983.1198
sharon.ogrady@pillsburylaw.com

May 8, 2008

<u>Via Facsimile & First Class Mail</u>

Richard Johnston
Attorney at Law
131-A Stony Circle, Suite 500
Santa Rosa, CA 95401

Rebecca A. Hull
Shawn Michael Wrobel
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Re:   *Errol Holmes v. Shell Long Term Disability Plan*

Dear Counsel:

This will confirm that we have scheduled the mediation in this case for May 20, 2008. We will meet at our offices, Pillsbury Winthrop Shaw Pittman LLP, 50 Fremont Street, Sixth Floor, San Francisco, California beginning at 10:00 a.m. We agreed to keep the entire day available to allow the mediation to continue as long as it is being productive.

Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office by close of business on May 16, 2008. Please include any key documents you feel I should read. If you think it would be helpful to our mediation, I also invite you to submit to me – but not exchange – confidential statements relating, for example, to obstacles to or options for settlement.

Please prepare for the mediation by discussing each of the following items with your clients:

- client's interests, not just positions, and how these interests could be met;

Richard Johnston
Rebecca A. Hull
Shawn Michael Wrobel
May 8, 2008
Page 2

- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate case through trial.

I look forward to seeing you on the 20th.

Very truly yours,

Sharon L. O'Grady