**FILED**

JUN 0 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

Holmes,

    Plaintiff(s),

v.

Shell Long Term Disability Plan,

    Defendant(s).

No. C 07-05914 JSW MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) May 20, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: May 29, 2008

Mediator, Sharon O'Grady
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont St., 5th Fl.
San Francisco, CA 94105

Certification of ADR Session
07-05914 JSW MED