1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4  Attorney for Plaintiff
   Errol Holmes
5

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Rebecca A. Hull (SBN 99802)
7  Shawn M. Wrobel (SBN 230030)
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, California 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10
   Attorneys for Defendant
11 Shell Long Term Disability Plan

12

13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16
   ERROL HOLMES,                    )  Case No. CV 07-5914 JSW
17                                  )
          Plaintiff,                )  **STIPULATION AND ORDER OF**
18                                  )  **DISMISSAL WITH PREJUDICE**
       vs.                          )
19                                  )  Hon. Jeffrey S. White
   SHELL LONG TERM DISABILITY PLAN, )
20                                  )
          Defendant.                )
21 _____  )

22

23

24

25

26
          IT IS HEREBY STIPULATED by and between plaintiff Errol Holmes and Defendant
27
   Shell Long Term Disability Plan, through their respective counsel of record, that the complaint
28
   _____
   STIPULATION AND ORDER OF DISMISSAL

1  herein is dismissed in its entirety with prejudice, each party to bear its own attorney fees and
2  costs.

5                                                    Respectfully submitted,

7  Dated: June 6, 2008

                                                     _____/s/_____
                                                     Richard Johnston
                                                     Attorney for Plaintiff
                                                     Errol Holmes

                                                     SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                                     _____/s/_____
                                                     By:    Rebecca A. Hull
                                                     Attorneys for Defendant
                                                     Shell Long Term Disability Plan

**Signature attestation:** I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

       Dated:       June 6, 2008

                                                     _____/S/_____
                                                     Rebecca A. Hull

**IT IS SO ORDERED**

Dated: _____, 2008

                                                     _____
                                                     Jeffrey S. White
                                                     Judge, United States District Court

_____
STIPULATION AND ORDER OF DISMISSAL           2