1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4  Attorney for Plaintiff
   Errol Holmes
5

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Rebecca A. Hull (SBN 99802)
7  Shawn M. Wrobel (SBN 230030)
   One Market Plaza
8  Steuart Tower, 8th Floor
   San Francisco, California 94105
9  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
10
   Attorneys for Defendant
11 Shell Long Term Disability Plan

12

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 ERROL HOLMES,                              ) Case No. CV 07-5914 JSW
                                              )
18          Plaintiff,                        ) **STIPULATION AND ORDER OF**
                                              ) **DISMISSAL WITH PREJUDICE**
19     vs.                                    )
                                              ) Hon. Jeffrey S. White
20 SHELL LONG TERM DISABILITY PLAN,           )
                                              )
21          Defendant.                        )
   _____    )
22

23

24

25

26

27      IT IS HEREBY STIPULATED by and between plaintiff Errol Holmes and Defendant

28 Shell Long Term Disability Plan, through their respective counsel of record, that the complaint

_____
STIPULATION AND ORDER OF DISMISSAL

1  herein is dismissed in its entirety with prejudice, each party to bear its own attorney fees and
2  costs.

5  Respectfully submitted,

7  Dated: June 6, 2008

9  _____/s/_____
   Richard Johnston
   Attorney for Plaintiff
10  Errol Holmes

13  SEDGWICK, DETERT, MORAN & ARNOLD LLP

15  _____/s/_____
   By:   Rebecca A. Hull
   Attorneys for Defendant
16  Shell Long Term Disability Plan

18  **Signature attestation:** I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature (/S/) within this efiled document.

19  Dated:    June 6, 2008

21  _____/S/_____
   Rebecca A. Hull

23
**IT IS SO ORDERED**

25  Dated: __June 10_____, 2008

27  _____
   Jeffrey S. White
   Judge, United States District Court

_____
STIPULATION AND ORDER OF DISMISSAL            2